NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

August 30, 2022

### ERRATA

---

Appeal Nos. 2021-1489, 2021-1698, 2021-1699, 2021-1700

**YC RUBBER CO. (NORTH AMERICA) LLC, SUTONG TIRE RESOURCES, INC., MAYRUN TYRE (HONG KONG) LIMITED, ITG VOMA CORPORATION, KENDA RUBBER (CHINA) CO., LTD.,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

Decided:  August 29, 2022
Precedential Opinion

---

Please make the following change to the attorney paragraph section on page one of the opinion:

NICHOLAS SPARKS, Hogan Lovells US LLP, Washington, DC, argued for plaintiffs-appellants ITG Voma Corporation, Mayrun Tyre (Hong Kong) Limited, Sutong Tire Resources, Inc., YC Rubber

    Co. (North America) LLC.  Plaintiff-appellant ITG Voma Corporation also represented by CRAIG A. LEWIS, JONATHAN THOMAS STOEL.

is changed to:

    JONATHAN THOMAS STOEL, Hogan Lovells US LLP, Washington, DC, argued for plaintiffs-appellants ITG Voma Corporation, Mayrun Tyre (Hong Kong) Limited, Sutong Tire Resources, Inc., YC Rubber Co. (North America) LLC.  Plaintiff-appellant ITG Voma Corporation also represented by CRAIG A. LEWIS, NICHOLAS SPARKS.